B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>**Newcastle Shipyards, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Keith Marine, Inc; FDBA Newcastle Marine of Flagler County, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**20-5267643** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**195 Comfort Road**<br>**Palatka, FL**<br>ZIP Code **32177** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Putnam** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** Peter N. Hill 368814 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Newcastle Shipyards, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Newcastle Shipyards, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ Peter N. Hill**
Signature of Attorney for Debtor(s)

**Peter N. Hill 368814**
Printed Name of Attorney for Debtor(s)

**Wolff, Hill, McFarlin & Herron, P.A.**
Firm Name

**1851 West Colonial Drive**
**Orlando, FL 32804**

_____
Address

**(407) 648-0058  Fax: (407) 648-0681**
Telephone Number

**October  7, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Kevin Keith**
Signature of Authorized Individual

**Kevin Keith**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October  7, 2014**
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Newcastle Shipyards, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __Non applicable__ .

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets                                             $            **0.00**

   b. Total debts (including debts listed in 2.c., below)      $            **0.00**

   c. Debt securities held by more than 500 holders:

   | | | | | | | $ | Approximate number of holders: |
   |---|---|---|---|---|---|---|---|
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | 0.00 | 0 |
   | secured | ☐ | unsecured | ☐ | subordinated | ☐ | 0.00 | 0 |

   d. Number of shares of preferred stock          **0**          **0**

   e. Number of shares common stock               **0**          **0**

   Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Newcastle Shipyards, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alpha Maritime Limited**<br>**Tom Sinchak**<br>**1 Glendinning Place**<br>**Westport, CT 06880** | **Alpha Maritime Limited**<br>**Tom Sinchak**<br>**1 Glendinning Place**<br>**Westport, CT 06880** | | **Disputed** | **37,159,303.00** |
| **Pinnacle Yacht Group**<br>**Steven W. Hudson**<br>**1850 SE 17th St**<br>**Suite 300**<br>**Fort Lauderdale, FL 33316** | **Pinnacle Yacht Group**<br>**Steven W. Hudson**<br>**1850 SE 17th St**<br>**Fort Lauderdale, FL 33316** | | | **5,179,948.71** |
| **Greenline Yacht Interiors FZCO**<br>**P.O. Box 262566**<br>**Dubai, U.A.E.** | **Greenline Yacht Interiors FZCO**<br>**P.O. Box 262566**<br>**Dubai, U.A.E.** | **Open balance on purchase orders** | **Disputed** | **2,583,394.00** |
| **Greenline Yacht Interiors FZCO**<br>**P.O. Box 262566**<br>**Dubai, U.A.E.,** | **Greenline Yacht Interiors FZCO**<br>**P.O. Box 262566**<br>**Dubai, U.A.E.,** | **Goods/Services Penalties & Fees** | **Disputed** | **1,063,430.00** |
| **Teak Decking Systems**<br>**7061 15th Street**<br>**East Sarasota, FL 34243** | **Teak Decking Systems**<br>**7061 15th Street**<br>**East Sarasota, FL 34243** | **Open balance on purchase orders** | **Disputed** | **615,000.00** |
| **Renegade Super Grafix, Inc**<br>**2500 N. Federal Hwy, Ste. 30**<br>**Fort Lauderdale, FL 33305** | **Renegade Super Grafix, Inc**<br>**2500 N. Federal Hwy, Ste. 30**<br>**Fort Lauderdale, FL 33305** | **Open balance on purchase orders** | **Disputed** | **444,278.96** |
| **Tess Electrical**<br>**Sales & Service**<br>**2860 State Road 84, Ste 115**<br>**Fort Lauderdale, FL 33312** | **Tess Electrical**<br>**Sales & Service**<br>**2860 State Road 84, Ste 115**<br>**Fort Lauderdale, FL 33312** | **Open balance on purchase orders** | **Disputed** | **400,516.91** |
| **Renegade Super Grafix, Inc**<br>**2500 N. Federal Hwy, Ste. 30**<br>**Fort Lauderdale, FL 33305** | **Renegade Super Grafix, Inc**<br>**2500 N. Federal Hwy, Ste. 30**<br>**Fort Lauderdale, FL 33305** | **Goods/Services** | **Disputed** | **243,254.97** |
| **Automated Marine Systems**<br>**757 SE 17th St, #795**<br>**Fort Lauderdale, FL 33316** | **Automated Marine Systems**<br>**757 SE 17th St, #795**<br>**Fort Lauderdale, FL 33316** | **Open balance on purchase orders** | **Disputed** | **205,200.00** |
| **Maxwell Marine**<br>**P.O. Box 100-703, NSMC**<br>**Auckland, New Zealand** | **Maxwell Marine**<br>**P.O. Box 100-703, NSMC**<br>**Auckland, New Zealand** | **Goods/Services Penalties & Fees** | **Disputed** | **154,012.20** |

B4 (Official Form 4) (12/07) - Cont.

In re **Newcastle Shipyards, LLC** Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Tess Electrical Sales & Service 2860 State Road 84, Ste 115 Fort Lauderdale, FL 33312** | **Tess Electrical Sales & Service 2860 State Road 84, Ste 115 Fort Lauderdale, FL 33312** | **Goods/Services** | **Disputed** | 150,097.50 |
| **Aritex Products LTD #3 Chui-Kuang 2nd Sr TA Fa Industrial District Kaohsiung HSien, Taiwan ROC** | **Aritex Products LTD #3 Chui-Kuang 2nd Sr TA Fa Industrial District Taiwan ROC** | **Open balance on purchase orders** | **Disputed** | 120,506.00 |
| **Fletcher Stein P.O. Box 50069 Jacksonville Beach, FL 32240** | **Fletcher Stein P.O. Box 50069 Jacksonville Beach, FL 32240** | **Goods/Services** | | 108,894.16 |
| **Nautical Structures 7301 114th Ave North Largo, FL 33773** | **Nautical Structures 7301 114th Ave North Largo, FL 33773** | **Open balance on purchase orders** | **Disputed** | 103,159.31 |
| **CO. FE. ME USA Marine Exhaust 5480 NW 161 Street Hialeah, FL 33014** | **CO. FE. ME USA Marine Exhaust 5480 NW 161 Street Hialeah, FL 33014** | **Open balance on purchase orders** | **Disputed** | 90,851.01 |
| **Stellar Stainless, Inc 120 Herja Acre Lane Palatka, FL 32177** | **Stellar Stainless, Inc 120 Herja Acre Lane Palatka, FL 32177** | **Open balance on purchase orders** | **Disputed** | 88,325.03 |
| **Marine Custom Paint 1093 A1A Beach Blvd #242 Saint Augustine, FL 32080** | **Marine Custom Paint 1093 A1A Beach Blvd #242 Saint Augustine, FL 32080** | **Goods/Services** | | 79,478.65 |
| **ProCurve Glass Technology 3535 Davisville Road Hatboro, PA 19040** | **ProCurve Glass Technology 3535 Davisville Road Hatboro, PA 19040** | **Open balance on purchase orders** | **Disputed** | 68,375.00 |
| **DEPCO Pump Company P.O. Box 6820 Clearwater, FL 33758** | **DEPCO Pump Company P.O. Box 6820 Clearwater, FL 33758** | **Goods/Services Penalties & fees** | **Disputed** | 56,631.01 |
| **Quantum Marine Engineering of Florida, Inc 37902 S.W. 30th Ave Fort Lauderdale, FL 33312** | **Quantum Marine Engineering of Florida, Inc 37902 S.W. 30th Ave Fort Lauderdale, FL 33312** | **Open balance on purchase orders** | **Disputed** | 49,600.85 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Newcastle Shipyards, LLC**                          Case No. _____
                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 7, 2014**                            Signature   **/s/ Kevin Keith**
                                                                             **Kevin Keith**
                                                                             **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Newcastle Shipyards, LLC
195 Comfort Road
Palatka, FL 32177

Blasters & Painters Inc
81 14548 Lagoon Dr
Jacksonville Beach, FL 32250

Donovan Marine
Dept At 952532
Atlanta, GA 31192-2532

Peter N. Hill
Wolff, Hill, McFarlin & Herron, P.A.
1851 West Colonial Drive
Orlando, FL 32804

Boksa Marine Design, Inc
15515 Starling Crossing Dr
Lithia, FL 33547-4021

EGP Inc
P.O. Box 74023
Atlanta, GA 30374-0423

Abatix Corp
2400 Skyline Drive
Suite 400
LA 71549

Capital City Business Visa
Cardmemeber Services
P.O. Box 790408
Ocklawaha, FL 32179-0408

Euler Hermes Collections
North America
600 South 7th St
Louisville, KY 40203

Agressive Appliances
317 Mercy Drive
Orlando, FL 32805

CO. FE. ME USA
Marine Exhaust
5480 NW 161 Street
Hialeah, FL 33014

Fletcher Stein
P.O. Box 50069
Jacksonville Beach, FL 32240

Airgas USA, LLC
P.O. Box 532609
Atlanta, GA 30353-2609

Collections Adj
740 Walt Whiteman Rd
Melville, NY 11747

Goldman, Evans & Trammell
10323 Cross Creek Blvd "F"
Tampa, FL 33647

Alley, Maass, Rogers &
Lindsay, P.A.
P.O. Box 431
Palm Beach, FL 33480

DeHann & Bach
P.O. Box 929
Milford, OH 45150

Greenline Yacht
Interiors FZCO
P.O. Box  262566
Dubai, U.A.E.

Alpha Maritime Limited
Tom Sinchak
1 Glendinning Place
Westport, CT 06880

Department of Environmental
Protection Receipts Section
P.O. Box 3070
Tallahassee, FL 32315-3070

Greenline Yacht
Interiors FZCO
P.O. Box  262566
Dubai, U.A.E.,

Aritex Products LTD
#3 Chui-Kuang 2nd Sr
TA Fa Industrial District
Kaohsiung HSien,
Taiwan ROC

DEPCO Pump Company
P.O. Box 6820
Clearwater, FL 33758

Gulfcoast Business Finance
227 2nd Avenue North
Saint Petersburg, FL 33701

Automated Marine Systems
757 SE 17th St, #795
Fort Lauderdale, FL 33316

Dometic Corporation
A/R Dept.
P.O. Box 22379
Louisville, KY 40252-0379

Home Depot Commercial Credit
P.O. Box 790345
Saint Louis, MO 63179-0345

Hydraulic Supply
300 International Pkwy
Fort Lauderdale, FL 33325

Newcastle Marine of
Flagler County, Inc
195 Comfort Road
Palatka, FL 32177

ProCurve Glass Technology
3535 Davisville Road
Hatboro, PA 19040

ICC Cable Corp
2125 Center Ave, Ste 401
Fort Lee, NJ 07024

Newcastle Marine, LLC
195 Comfort Road
Palatka, FL 32177

PTS WNY
9155 Main St
Clarence, NY 14031

Kevin & Debbie Keith
195 Comfort Road
Palatka, FL 32177

Newcastle of St. Johns, LLC
195 Comfort Road
Palatka, FL 32177

Quantum Marine Engineering
of Florida, Inc
37902 S.W. 30th Ave
Fort Lauderdale, FL 33312

Logistical Recovery Systems
Michael J. Kelley, Esq.
6817 Southpoint Pkwy
Suite 1904
Jacksonville, FL 32216

Ocean View Yacht Windows
1323 SE 17th Street No 252
Fort Lauderdale, FL 33316

Renegade Super Grafix, Inc
2500 N. Federal Hwy, Ste. 30
Fort Lauderdale, FL 33305

Marine Custom Paint
1093 A1A Beach Blvd #242
Saint Augustine, FL 32080

Oneal Steel Company
P.O. Box 934243
Atlanta, GA 31193-4243

River Supply, Inc
2827 River Drive
Savannah, GA 31404

Mascoat Products
4310 Campbell Rd
Houston, TX 77041

Pacific Coast Marine, LLC
6000- 23rd Drive
Everett, WA 98203

Sagitta Yachts, Ltd
Bldg 16, House 5
Nizhny Side Street
Moscow 105064 Russia

Maxwell Marine
P.O. Box 100-703, NSMC
Auckland, New Zealand

Paul B. Erickson, Esq
Alley Maass Rogers & LIndsay
340 Royal Poinciana Way
Suite 321
Palm Beach, FL 33480

Sherwin-Williams
101 W. Prospect Ave
Cleveland, OH 44115

Nautical Structures
7301 114th Ave North
Largo, FL 33773

Pinnacle Central Company
600 N. Commonwealth
Polk City, FL 33868-9696

Small Business Admin
Attn: Officer or Manager
409 3rd St. SW
Washington, DC 20416

Newcastle Marine
195 Comfort Road
Palatka, FL 32177

Pinnacle Yacht Group
Steven W. Hudson
1850 SE 17th St
Suite 300
Fort Lauderdale, FL 33316

Small Business Admin
2120 Riverfront Dr
Little Rock, AR 72202

Sotec
Sept AT952533
Atlanta, GA 31192-2533

Wells Fargo Equipment
Finance, Inc.
733 Marquette Ave
Suite 700
Minneapolis, MN 55402

Stellar Stainless, Inc
120 Herja Acre Lane
Palatka, FL 32177

William M. Lindeman, P.A
200 East Robinson St, Ste. 2
Orlando, FL 32801

Teak Decking Systems
7061 15th Street
East Sarasota, FL 34243

WM Capital Partners XL, LLC
c/o Rossrock, LLC
150 East 152nd St, 27th FL
New York, NY 10022

Tess Electrical
Sales & Service
2860 State Road 84, Ste 115
Fort Lauderdale, FL 33312

WM Capital Partners XL, LLC
500 Fifth Ave
Suite 2440
New York, NY 10110

Tide Marine, Inc.
3251A SW 13th Drive
Deerfield Beach, FL 33442

Zurich North America
P.O. Box 4664
Carol Stream, IL 60197-4664

Triangle Cables (Aust) PTY
c/o Don Paper
Recovery Specialist
15 Coppage Drive
Worcester, MA 01603

Tyneside Yachts, Ltd
Attn: Tony Bakker
P.O. Box 268, 4th Floor
Scotia Centre, Georgetown
Grand Cayman KY1-1104

Van Cappellen Consultancy
de Wedrik 12
3355 SK Papendrecht
The Netherlands

W & O Supply
P.O. Box 933067
Atlanta, GA 31193-3067

# United States Bankruptcy Court
## Middle District of Florida

In re **Newcastle Shipyards, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Newcastle Shipyards, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 7, 2014**
Date

**/s/ Peter N. Hill**
**Peter N. Hill**
Signature of Attorney or Litigant
Counsel for **Newcastle Shipyards, LLC**
**Wolff, Hill, McFarlin & Herron, P.A.**
**1851 West Colonial Drive**
**Orlando, FL 32804**
**(407) 648-0058 Fax:(407) 648-0681**